

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS GERRARDO MEDINA-LUNA,<br><br>    Defendant. | Case No. 2:16-cr-00396-JAK<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

_____The Court finds that The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations involving failure to report and absconding, nature of underlying conviction involving conspiracy to transport migrants for private financial gain; lack of verified background; lack of specific proffered viable surety/sureties.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: March 28, 2023

_____
JOHN D. EARLY
United States Magistrate Judge